Entered on Docket
April 12, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | Martha G. Bronitsky
Chapter 13 Standing Trustee
2 | Po Box 5004
Hayward, CA 94540

4 | Trustee for Debtor(s)

The following constitutes the order of the court.
Signed April 12, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Yolanda Castro Deleon | 10-70583-WJL13 |
| Debtor(s) | In Proceedings Under Chapter 13 of the Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

COURT SERVICE LIST

| | |
|---|---|
| Yolanda Castro Deleon<br>1570 Leonard Drive<br>San Leandro, CA 94577<br><br>(Debtor(s)) | Jason Honaker Atty<br>1860 El Camino Real #238<br>Burlingame, CA 94010<br><br>(Counsel for Debtor) |