Michael Yesk, Esq.
CA Bar No. 130056
YESK LAW
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Debtor Yolanda Castro DeLeon

The following constitutes the order of the court.
Signed November 19, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yolanda Castro DeLeon,<br><br>    Debtor. | ) Case No. 10-70583 WJL<br>) Judge William J. Lafferty<br>)<br>) ORDER GRANTING<br>) EX PARTE MOTION TO REOPEN<br>) CHAPTER 13 CASE |

ORDER GRANTING EX PARTE MOTION TO REOPEN CHAPTER 13 CASE

    Debtor Yolanda Castro DeLeon ("Debtor") moved this court Ex Parte to reopen her Chapter 13 bankruptcy case so that the Debtor may file Official Form 23 and obtain her discharge in this bankruptcy case in accordance with 11 U.S.C. §727. Debtor was not aware that she needed to file the form to obtain her discharge. This court closed the Debtor's bankruptcy case without discharge on May 4, 2016, for the sole reason that the Debtor failed to file Form 23 within the required time period.

    Reopening this case by ex parte application for the purpose of filing Form 23 and affording relief to the Debtor so that she may receive a discharge in this Chapter 13 bankruptcy case is authorized by 11 U.S.C. §350(b). 11 U.S.C. §350(b) (2015). The court fmds that the Debtor's bankruptcy case should be reopened so that the Debtor may file Form 23 and seek discharge in accordance with 11 U.S.C. §727.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Debtor's bankruptcy case (BK No. 12-30802 DM) is hereby reopened;

(2) Debtor is allowed 30 days from the date of entry of this order to file Form 23 for the purpose of seeking discharge under 11 U.S.C. §727 and for the court to enter such discharge in its discretion.

***END OF ORDER***